UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAUDI ARABIAN AIRLINES CORPORATION,   Case No. 1:21-cv-06971 (NRB)(OTW)

                Plaintiff,

   - against -

IAGCAS, LLC

                Defendant.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony Lauriello, a member of the bar of this Court in good standing, hereby appears as counsel on behalf of Plaintiff Saudi Arabian Airlines Corporation in this action and requests that all subsequent papers be served on him at the address indicated below.

Dated: November 24, 2021
       New York, New York

NORTON ROSE FULBRIGHT US LLP

By:   *s/ Anthony Lauriello*
      Anthony Lauriello

1301 Avenue of the Americas
New York, New York  10019
Tel.:  (212) 318-3000
Fax:  (212) 318-3400
anthony.lauriello@nortonrosefulbright.com

*Attorneys for Plaintiff Saudi Arabian Airlines Corporation*