```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SAUDI ARABIAN AIRLINES CORPORATION,

                    Plaintiff,                          ORDER

          - against -                              21 Civ. 6971 (NRB)

IAGCAS, LLC,

                    Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** Mark S. Cohen and David F. Lisner of Cohen & Gresser LLP, counsel for the defendant, filed a motion to withdraw as attorney of record on June 28, 2022; and

**WHEREAS** no party has objected; and

**WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel may result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

**ORDERED** that counsel's motion to withdraw is granted; and it is further

**ORDERED** that the defendant has thirty (30) days to retain new counsel and that failure to do so may result in the entry of a default judgment.

2

Dated:   New York, New York
         July 19, 2022

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE