```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SAUDI ARABIAN AIRLINES CORPORATION,

                Plaintiff,                          ORDER

        - against -                            21 Civ. 6971 (NRB)

IAGCAS, LLC,

                Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated October 18, 2025 and October 22, 2025, the Court has determined that plaintiff may bring its motion without the necessity of a pre-motion conference. ECF Nos. 71, 72, 74. The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 71, 72, 74.

The parties' respective motions to seal are also granted, and the Clerk of Court is directed to terminate the motions pending at ECF Nos. 70, 73. The Court reminds the parties that when filing their motion papers they must comply with this Court's Individual Rule 2(E) and the rules cited therein.

**So Ordered.**

Dated:   New York, New York
         October 27, 2025

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE