**NORTON ROSE FULBRIGHT**

December 19, 2025

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States of America

**VIA ECF**

Direct line +1 212 318 3093
mikkaela.salamatin@nortonrosefulbright.com

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Tel +1 212 318 3000
Fax +1 212 318 3400

Re:    *Saudi Arabian Airlines Corp. v. IAGCAS, LLC*, No. 1:21-cv-06971 (SDNY)

Your Honor:

We represent Saudi Arabian Airlines Corporation ("Saudia") and write pursuant to Section 6 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, this Court's Individual Practices 2(E)(2), and the Stipulated Protective Order (Dkt. 20) to request that certain exhibits filed along with Saudia's motion for summary judgment be provisionally filed under seal as each of these exhibits were marked "Confidential" by Saudia or IAGCAS pursuant to the Stipulated Protective Order (Dkt. 20) as containing non-public information.

Saudia requests the following exhibits to be filed under seal:

- **Lauriello Exhibit 4:** Excerpts of Deposition Transcript of Mauricio Luna dated January 8, 2024.

- **Lauriello Exhibit 5:** Excerpts of Deposition Transcript of Brian Cooper dated January 9, 2024.

- **Lauriello Exhibit 6:** Excerpts of Deposition Transcript of Geoffrey Alexander dated February 23, 2024.

- **Lauriello Exhibit 7:** Excerpts of Deposition Transcript of Arthur Williams dated March 19, 2024.

- **Lauriello Exhibit 12:** Shoukry Deposition Ex. V, Sale and Purchase Agreement between Saudia and ECT Aviation Support LLC ("Saudia-ECT Sale Agreement") dated June 10, 2023 (SAUD000069205-SAUD000069315).

- **Lauriello Exhibit 13:** Khudawrdi Deposition Ex. D, Amendment No. 1 to Saudia-ECT Sale Agreement dated July 16, 2024 (SAUD000093003-SAUD000093007).

- **Lauriello Exhibit 14:** Khudawrdi Deposition Ex. P, Amendment No. 2 to Saudia-ECT Sale Agreement dated January 31, 2025 (SAUD000104141-SAUD000104144).

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

December 19, 2025
Page 2

NORTON ROSE FULBRIGHT

- **Lauriello Exhibit 15:** Sale Agreement between Saudia and Sela dated June 19, 2025 (SAUD000106864-SAUD000106876).

- **Lauriello Exhibit 30:** Luna Deposition Ex. 22, January 9, 2020 Email with attachment Chase Bank Account Statements for IAGCAS, LLC for November 30, 2019 through December 21, 2019 (IAG0011280-IAG0011286).

- **Lauriello Exhibit 42:** Luna Deposition Exhibit 23, February 21, 2020 Email chain and attachments Profit Sharing Agreement and Aircraft Sale & Purchase Agreement for HZ-AKE (MSN 28348) between IAGCAS, LLC and Flight Lease Master Fund I, LP (IAG0003163-IAG0003206).

- **Lauriello Exhibit 43:** Luna Deposition Ex. 21, February 26, 2020 Email chain and attachments Aircraft Sale & Purchase Agreement and Profit Sharing Agreement for HZ-AKO (MSN 28358) between IAGCAS, LLC and Flight Lease Master Fund I, LP (IAG0003246-IAG0003286).

Paragraph 15 of the Stipulated Protective Order (Dkt. 20 at 7) states that "In the event any Confidential Information is to be used in any filing with the Court, the filing shall be redacted or filed under seal in accordance with the Federal Rules of Civil Procedure and the Court's Individual Rules and Practices in Civil Cases."

We believe that none of these exhibits have been made public, and, upon information and belief, have so far not been relied upon by any court in connection with any exercise of judicial authority. To be clear, Saudia does not take a position on the Confidential designation of IAGCAS's documents (Lauriello Exhibits 4, 5, 6, 7, 60, 83, and 85).

In accordance with the Stipulated Protective Order (Dkt. 20), Saudia respectfully requests that the Court maintain these exhibits under seal until such time that Your Honor rules on whether the materials should remain under seal.

Consistent with Your Honor's Individual Practices, a courtesy copy of this letter has been submitted to Chambers via e-mail.

Respectfully,

Steve Dollar
Anthony Lauriello
Mikkaela Salamatin

*Counsel for Plaintiff Saudi Arabian Airlines Corporation*

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 22, 2025