# TODD & LEVI, LLP

**444 MADISON AVENUE**
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

January 30, 2026

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

**<u>BY ECF</u>**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>Saudi Arabian Airlines Corp. v. IAGCAS, LLC, Case No. 1:21-cv-06971</u>

Honorable Judge Buchwald:

We represent Plaintiff IAGCAS LLC ("IAGCAS") in connection with the above referenced matter.

We write pursuant to Section 6 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, this Court's Individual Practices (E)(2), and the Stipulated Protective Order in this case (Dkt. 20) to request that certain exhibits filed together with IAGCAS's opposition to Plaintiff's Motion for Summary Judgment be provisionally filed under seal. These exhibits were marked "Confidential" by Saudia or IAGCAS pursuant to the Stipulated Protective Order as containing non-public information.

Paragraph 15 of the Stipulated Protective Order states that "In the event any Confidential Information is to be used in any filing with the Court, the filing shall be redacted or filed under seal in accordance with the Federal Rules of Civil Procedure and the Court's Individual Rules and Practices in Civil Cases."

Accordingly, IAGCAS respectfully requests that the following exhibits be filed under seal:

1.    Exhibit "A" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Mauricio Luna, taken on January 8, 2024.

2.    Exhibit "B" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Brian Cooper, taken on January 9, 2024.

3.    Exhibit "C" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Arthur Williams, taken on March 19, 2024.

**TODD & LEVI, LLP**

Hon. Naomi Reice Buchwald
January 30, 2026
Page 2

4.    Exhibit "D" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Khalid Shoukry, taken on November 10, 2023.

5.    Exhibit "E" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Ameen Khudawrdi, taken on July 1, 2025.

6.    Exhibit "F" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Hasan Bjaili, taken on November 15, 2023.

7.    Exhibit "G" annexed to the Declaration of David Rosenberg, containing excerpts of the transcript of the Deposition of Saleh Eid, taken on November 8, 2023.

8.    Exhibit "H" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit D marked at the deposition of Hasan Bjaili, which is an email chain dated March 26, 2019.

9.    Exhibit "I" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit G marked at the deposition of Hasan Bjaili, which is an email chain dated September 9, 2019.

10.    Exhibit "J" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit I marked at the deposition of Hasan Bjaili, which is an email chain dated September 26, 2019.

11.    Exhibit "K" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit T marked at the deposition of Hasan Bjaili, which is an email chain dated May 10, 2020.

12.    Exhibit "L" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit U marked at the deposition of Hasan Bjaili, which is an email chain dated June 10, 2020.

13.    Exhibit "M" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit X marked at the deposition of Hasan Bjaili, which is an email chain dated October 1, 2020.

14.    Exhibit "N" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit AA marked at the deposition of Hasan Bjaili, which is an email dated March 11, 2019.

TODD & LEVI, LLP

Hon. Naomi Reice Buchwald
January 30, 2026
Page 3

15.     Exhibit "O" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit BB marked at the deposition of Hasan Bjaili, which is an email chain dated December 25, 2019.

16.     Exhibit "P" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit CC marked at the deposition of Hasan Bjaili, which is an email with attachment dated February 27, 2020.

17.     Exhibit "Q" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit DD marked at the deposition of Hasan Bjaili, which is an email chain dated October 14, 2020.

18.     Exhibit "R" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit EE marked at the deposition of Hasan Bjaili, which is an email chain dated June 30, 2021.

19.     Exhibit "S" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit FF marked at the deposition of Hasan Bjaili, which is an email with attachment dated April 13, 2022.

20.     Exhibit "T" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit HH marked at the deposition of Hasan Bjaili, which is an email chain dated September 22, 2021.

21.     Exhibit "U" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit II marked at the deposition of Hasan Bjaili, which is an email chain dated December 13, 2021.

22.     Exhibit "V" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit JJ marked at the deposition of Hasan Bjaili, which is a document on Oriel letterhead titled Executive Summary dated November 22, 2021.

23.     Exhibit "W" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit KK marked at the deposition of Hasan Bjaili, which is a document on Oriel letterhead titled Executive Summary dated March 15, 2022.

24.     Exhibit "X" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit I marked at the deposition of Saleh Eid, which is an email chain dated September 22, 2019.

TODD & LEVI, LLP

Hon. Naomi Reice Buchwald
January 30, 2026
Page 4

25.      Exhibit "Y" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit L marked at the deposition of Saleh Eid, which is an email chain dated March 9, 2020.

26.      Exhibit "Z" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit M marked at the deposition of Saleh Eid, which is a document on Saudi Arabian Airlines letterhead titled Notice Letter dated March 18, 2020.

27.      Exhibit "AA" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit N marked at the deposition of Saleh Eid, which is an email chain dated March 31, 2020.

28.      Exhibit "BB" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit Q marked at the deposition of Saleh Eid, which is an email dated June 10, 2020.

29.      Exhibit "CC" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit S marked at the deposition of Saleh Eid, which is an email chain dated October 8, 2017.

30.      Exhibit "DD" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit T marked at the deposition of Saleh Eid, which is a one page document titled Saudi Arabian Airlines 121 Operations Specifications dated December 6, 2018.

31.      Exhibit "EE" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit U marked at the deposition of Saleh Eid, which is an email dated March 11, 2019.

32.      Exhibit "FF" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit V marked at the deposition of Saleh Eid, which is an email chain dated June 23, 2019.

33.      Exhibit "GG" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit W marked at the deposition of Saleh Eid, which is an email chain dated October 14, 2020.

34.      Exhibit "HH" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit X marked at the deposition of Saleh Eid, which is an email with attachment dated February 27, 2020.

# TODD & LEVI, LLP

Hon. Naomi Reice Buchwald
January 30, 2026
Page 5

35.    Exhibit "II" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit Y marked at the deposition of Saleh Eid, which is an email chain dated June 2, 2021.

36.    Exhibit "JJ" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit Z marked at the deposition of Saleh Eid, which is an email chain dated June 30, 2021.

37.    Exhibit "KK" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit B marked at the deposition of Ameen Khudawrdi, which is an email chain dated June 6, 2024.

38.    Exhibit "LL" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit K marked at the deposition of Ameen Khudawrdi, which is an email chain dated October 14, 2024.

39.    Exhibit "MM" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit N marked at the deposition of Ameen Khudawrdi, which is an email chain dated January 16, 2025.

40.    Exhibit "NN" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit O marked at the deposition of Ameen Khudawrdi, which is an email chain dated January 29, 2025.

41.    Exhibit "OO" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit T marked at the deposition of Ameen Khudawrdi, which is an email dated March 9, 2025.

42.    Exhibit "PP" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit V marked at the deposition of Ameen Khudawrdi, which is an email dated May 6, 2025.

43.    Exhibit "QQ" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit CC marked at the deposition of Ameen Khudawrdi, which is a document titled Status of Relevant Aircraft Delivery as of June30, 2025.

44.    Exhibit "RR" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit G marked at the deposition of Khalid Shoukry, which is an email chain dated September 22, 2021.

**TODD & LEVI, LLP**

Hon. Naomi Reice Buchwald
January 30, 2026
Page 6

45.     Exhibit "SS" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit H marked at the deposition of Khalid Shoukry, which is an email chain dated November 10, 2021.

46.     Exhibit "TT" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit K marked at the deposition of Khalid Shoukry, which is a document on Oriel letterhead titled Executive Summary dated November 22, 2021.

47.     Exhibit "UU" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit L marked at the deposition of Khalid Shoukry, which is an email with attachment dated February 15, 2022.

48.     Exhibit "VV" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit M marked at the deposition of Khalid Shoukry, which is an email chain dated March 15, 2022.

49.     Exhibit "WW" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit N marked at the deposition of Khalid Shoukry, which is a document titled B777-200ER Sale Project, Fleet Management dated April 2022.

50.     Exhibit "XX" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit O marked at the deposition of Khalid Shoukry, which is a one page document on the letterhead Aerospace Asset Capital dated September 23, 2021.

51.     Exhibit "YY" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit V marked at the deposition of Khalid Shoukry, which is a copy of a Sale and Purchase Agreement between ECT Aviation and Saudia.

52.     Exhibit "ZZ" annexed to the Declaration of David Rosenberg, containing a true and correct copy of document number SAUD000018404 produced by Saudia, which is an email chain dated October 8, 2012.

53.     Exhibit "AAA" annexed to the Declaration of David Rosenberg, containing a true and correct copy of document number SAUD000056396 produced by Saudia, which is a Letter of Intent dated February 12, 2018.

54.     Exhibit "BBB" annexed to the Declaration of David Rosenberg, containing a true and correct of document number SAUD00000590 produced by Saudia, which is an email chain dated February 14, 2019.

**TODD & LEVI, LLP**

Application granted. However, due to the large number of listed exhibits, movant is required to enter a submission no later than February 23, explaining why each exhibit should remained sealed on an ongoing basis. **So ordered.**

Hon. Naomi Reice Buchwald
January 30, 2026
Page 7

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       February 2, 2026

55.    Exhibit "CCC" annexed to the Declaration of David Rosenberg, containing a true and correct of document number SAUD00013163 produced by Saudia, which is an email dated November 11, 2019.

56.    Exhibit "DDD" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit 4 marked at the deposition of Mauricio Luna, which is a printout from the website of the Florida Secretary of State.

57.    Exhibit "EEE" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit 52 marked at the deposition of Mauricio Luna, which is an email chain dated February 18, 2021.

58.    Exhibit "GGG" annexed to the Declaration of David Rosenberg, containing a true and correct copy of Exhibit 44 marked at the deposition of Mauricio Luna, which is an email dated March 30, 2026 with attachment.

59.    Exhibit "LLL" annexed to the Declaration of David Rosenberg, containing a true and correct copy of document number SAUD000018738 produced by Saudia, which is an email chain dated July 31, 2017.

60.    Exhibit "A" annexed to the Declaration of Brian Cooper, containing a true and correct copy of a Letter of Intent.

61.    Exhibit "A" annexed to the Declaration of Bob Cowgill, containing a copy of an Expert Appraisal Report.

62.    Exhibit "B" annexed to the Declaration of Bob Cowgill, containing a copy of a Rebuttal Expert Report.

We believe that none of these exhibits have been made public, and, upon information and belief, have not been relied upon by any court in connection with any exercise of judicial authority.

In accordance with the Stipulated Protective Order (Dkt. 20), Saudia respectfully requests that the Court maintain these exhibits under seal until such time that Your Honor rules on whether the materials should remain under seal.

Respectfully submitted,

David Rosenberg