```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SAUDI ARABIAN AIRLINES CORPORATION,

                 Plaintiff,                          ORDER

          - against -                        21 Civ. 6971 (NRB)

IAGCAS, LLC,

                 Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On February 27, 2026, plaintiff filed public versions of the Reply Declaration of Anthony D. Lauriello and its accompanying Exhibits 57-66.  See ECF No. 105.  On March 2, 2026, plaintiff filed sealed versions of Exhibits 57-60, 62, consisting of only a cover sheet without content.  See ECF No. 111.

Plaintiff is directed to refile sealed versions of those exhibits, with content, so that the Court may view the materials.

**So ordered.**

Dated:   New York, New York
         April 7, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE