**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SAUDI ARABIAN AIRLINES CORPORATION,

                    Plaintiff,

     -against-

IAGCAS, LLC,

                    Defendant.
------------------------------------------------------------------X

21 **CIVIL** 6971 (NRB)

## <u>JUDGMENT</u>

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 9, 2026, plaintiff's motion for summary judgment is granted in its entirety and plaintiff is awarded contract damages in the amount of $41,816,666.64 plus interest incurred since the date of breach on November 11, 2020 and recoverable costs.

**Dated:** New York, New York

      June 10, 2026

                            **TAMMI M. HELLWIG**

                                 **Clerk of Court**

        **BY:**         *K. mango*

                                 **Deputy Clerk**